DAVINA PUJARI (State Bar No. 183407)
ESTIE M. KUS (State Bar No. 239523)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone: (415) 228-5400
Fax: (415) 228-5450
Email: dp@bcltlaw.com

Attorneys for Defendant
Daniel Johnson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| United States of America, | Case No. CR 10-0642 CRB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANT DANIEL JOHNSON TO POST PROPERTY WITH CLERK IN SUPPORT OF BOND |
| v. | |
| Daniel Johnson, | |
| Defendant. | |

On September 22, 2010, defendant Daniel Johnson appeared before the Honorable Magistrate Judge Zimmerman for arraignment, identification of counsel and issues regarding bond. Mr. Johnson resides in Pekin, Illinois, in the Central District of Illinois, which hears cases in Peoria, Urbana, Springfield and Rock Island. The Court released the defendant pursuant to an Order Setting Conditions of Release and Appearance Bond ("Bond"), which required, among other conditions, that the defendant:

(1) Surrender his passport to the Clerk of Court in the Northern District of California on or before September 29, 2010. This condition has been satisfied.

(2) Arrange for his aunt, Michelle Massey and his wife, Corinna Johnson, both of whom reside in Pekin, Illinois, to sign the Bond in the Central District of Illinois on or before October 6, 2010. This condition has been satisfied.

(3) Post as security for the Bond his family residence, located at 2604 Mayflower

STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANT DANIEL JOHNSON TO POST PROPERTY WITH CLERK IN SUPPORT OF BOND
U.S.D.C Case No. Civ. CR 10-0642 CRB

776551.1

Drive, Pekin, Illinois, 61554, which is owned by him and his wife, on or before October 6, 2010. The defendant and his wife have attempted to comply with this condition in good faith. Mr. Johnson spoke to the Pretrial Services Department in the Central District of Illinois, Peoria Division, to obtain instructions regarding the property posting, and was told that property postings were not accepted by the Division. Mr. Johnson met with the Pretrial Services Department in person, and again was told that the property posting could not be accepted by the Division. Judge Zimmerman's Calendar Clerk, Ms. Ada Liu, then contacted the Central District of Illinois Clerk of Court to obtain instructions for the property posting, and was told the same, and that no Division within the District could accept the property posting. Counsel for Mr. Johnson and Ms. Liu proceeded to arrange for the property posting to be accepted by the Northern District of California, pursuant to General Order 55 (revised 5-4-10). Mr. Johnson and his wife attempted to comply with the requirements of the General Order, and provided the required documents to Ms. Liu, but time has fallen short, and the documents have not yet been reviewed and accepted by counsel for the United States and the Clerk of Court for the Northern District of California.

(4)   Arrange for his aunt, Michelle Massey, to post her family residence, located at 1613 Highwood Avenue, Pekin, Illinois, 61554, as further security for the Bond, on or before October 6, 2010. Mr. Johnson and Ms. Massey have attempted to comply with this condition in good faith. Mr. Johnson spoke to the Pretrial Services Department in the Central District of Illinois, Peoria Division, to obtain instructions regarding the property posting, and was told that property postings were not accepted by the Division. Mr. Johnson met with the Pretrial Services Department in person, and again was told that the property posting could not be accepted by the Division. Judge Zimmerman's Calendar Clerk, Ms. Ada Liu, then contacted the Central District of Illinois to obtain instructions for the property posting, and was told the same, and that no Division within the District could

2

STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANT DANIEL JOHNSON TO POST PROPERTY WITH CLERK IN SUPPORT OF BOND
U.S.D.C Case No. Civ. CR 10-0642 CRB

776551.1

accept the property posting. Counsel for Mr. Johnson and Ms. Liu proceeded to arrange for the property posting to be accepted by the Northern District of California, pursuant to General Order 55 (revised 5-4-10). Mr. Johnson and Ms. Massey attempted to comply with the requirements of the General Order, and provided the required documents to Ms. Liu, but time has fallen short, and the documents have not yet been reviewed and accepted by counsel for the United States and the Clerk of Court for the Northern District of California.

Counsel for Mr. Johnson has spoken with Assistant United States Attorney Kirsten Ault, and both counsel agree that an extension of time for the property postings to be completed is appropriate given (1) the good faith efforts of Mr. Johnson, Mrs. Johnson and Mrs. Massey to comply with the Bond conditions, (2) the inability of the Central District of Illinois to accept the property postings, as initially contemplated and ordered by this Court, (3) Mr. Johnson's provision of documents as required by General Order 55 to Ms. Liu, and counsel for Mr. Johnson's provision of the documents to AUSA Ault for review, and (4) principles of fairness and justice.

Accordingly, with the agreement of the parties, and with the consent of the defendant, the Court orders that an extension of time is granted from October 6, 2010 to October 20, 2010 for the defendant, Mrs. Johnson and Mrs. Massey to comply with the Bond condition that the two properties referenced above be posted as security for the Bond.

STIPULATED:

DATED: October 6, 2010            /S/ Davina Pujari
                                  DAVINA PUJARI
                                  Attorney for Defendant Daniel Johnson


DATED: October 6, 2010            /S/ Kirstin Ault
                                  KIRSTIN AULT
                                  Assistant United States Attorney

///

///

///

3

STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANT DANIEL
JOHNSON TO POST PROPERTY WITH CLERK IN SUPPORT OF BOND
U.S.D.C Case No. Civ. CR 10-0642 CRB

776551.1

1   IT IS SO ORDERED:

2

3   DATED: 10/07/10     _____
                        Joseph C. Spero for  BERNARD ZIMMERMAN
4                                            United States Magistrate Judge

*(Signed and stamped: Judge Joseph C. Spero, United States District Court, Northern District of California)*

4

STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANT DANIEL
JOHNSON TO POST PROPERTY WITH CLERK IN SUPPORT OF BOND
U.S.D.C Case No. Civ. CR 10-0642 CRB

776551.1

# PROOF OF SERVICE

I, Esmeralda F. Prado, declare that I am over the age of eighteen years and not a party to this action. I am an employee of Barg Coffin Lewis & Trapp, LLP ("the Firm") and my business address is 350 California Street, 22nd Floor, San Francisco, California 94104-1435.

On October 6, 2010, I served the following document(s) in this cause:

**STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANT DANIEL JOHNSON TO POST PROPERTY WITH CLERK IN SUPPORT OF BOND**

I caused said document(s) to be Electronically Filed and Served through the CourtLink system for the above-entitled case to those parties on the Service List maintained on Courtlink's Website for this case. The file transmission was reported as complete and a copy of the "JusticeLink Filing Receipt" page will be maintained with the original document(s) in our office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 6, 2010, at San Francisco, California.

/s/ Esmeralda F. Prado
ESMERALDA F. PRADO

PROOF OF SERVICE

776604.1