| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | KIRSTIN M. AULT (CABN 206052)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Ave., Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6940 |
| 7 | Facsimile: (415) 436-7234<br>E-mail: kirstin.ault@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-0642 RS |
| Plaintiff, | ) | |
| v. | ) | |
| CHRISTOPHER NAPOLI,<br>DANIEL JOHNSON,<br>SALVATORE LAMORTE,<br>STEVEN PAUL,<br>JEFFREY ENTEL,<br>  a/k/a "Yeury Amarante," "Jerry Amarante,"<br>JOSEPH CAROZZA,<br>JEFFREY HERHOLZ,<br>DARRELL CREQUE,<br>MICHAEL ARNOLD,<br>  a/k/a "Mike Johnston,"<br>DIEGO PODOLSKY PAES,<br>  a/k/a "Juan Montes," and<br>DINO ANTONIONI,<br>Defendants. | ) | STIPULATION REGARDING SPEEDY<br>TRIAL ACT AND [~~PROPOSED~~] ORDER |

1   On September 22, 2010, defendants Napoli, Johnson, Entel, Herholz, and Arnold appeared before the Court, and on September 23, 2010, defendants Lamorte, Carozza, Creque, and Antonioni appeared before the Court. Both appearances were for arraignment, identification of counsel and issues regarding bond. Discovery has not yet been provided to the defendants pending issuance of a protective order. The case is complex in that it involves eleven defendants charged in thirteen counts with three conspiracies spanning a period of five years. The Court set an initial appearance date of November 2, 2010 before the Honorable Richard Seeborg to provide counsel for the United States with the opportunity to produce discovery and to provide counsel for the defendants with the time necessary to review discovery and determine how to effectively defend the case.

With the agreement of the parties, and with the consent of the defendants, the Court enters this order documenting the exclusion of time under the Speedy Trial Act from September 22, 2010, through November 2, 2010, due to the complexity of the case and for effective preparation of defense counsel, under 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(ii) & (iv).

The parties agree, and the Court finds and holds, as follows:

1. The defendants agree to the exclusions of time under the Speedy Trial Act from September 22, 2010, through November 2, 2010, based upon the complexity of the case and the need for effective preparation of defense counsel.

3. Counsel for the defendants believe that the exclusion of time is in their clients' best interest.

4. Given these circumstances, the Court finds that the ends of justice served by excluding the period from September 22, 2010, through November 2, 2010, outweigh the best interest of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

5. Accordingly, and with the consent of the defendants, the Court orders that (1) the defendants shall appear before the Honorable Richard Seeborg on November 2, 2010 at 10:00 a.m. for an initial appearance; (2) the period from September 22, 2010, through November 2, 2010, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. §3161 (h)(7)(A), (h)(7)(B)(ii) & (iv).

STIPULATED:

DATED: October 1, 2010

/s/
KIRSTIN M. AULT
Assistant United States Attorney

DATED: October 1, 2010

/s/
CHRISTOPHER CANNON
Attorney for Defendant Napoli

DATED: October 1, 2010

/s/
DAVINA PUJARI
Attorney for Defendant Johnson

DATED: October 1, 2010

/s/
VICTOR AFANADOR
Attorney for Defendant Lamorte

DATED: October 1, 2010

N/A

Attorney for Defendant Paul

DATED: October 1, 2010

/s/
ISMAEL RAMSEY
Attorney for Defendant Entel

DATED: October 1, 2010

/s/
JOSH COHEN
Attorney for Defendant Carozza

DATED: October 1, 2010

/s/
SETH CHAZIN
Attorney for Defendant Herholz

DATED: October 1, 2010

/s/
GEOFFREY ROTWEIN
Attorney for Defendant Creque

DATED: October 1, 2010

N/A
EDWARD SWANSON
Attorney for Defendant Arnold

DATED: October 1, 2010

/s/
MICHAEL SHEPARD
Attorney for Defendant Antonioni

IT IS SO ORDERED:

DATED: 18 Oct 2010

BERNARD ZIMMERMAN
United States Magistrate Judge

STIPULATION RE: SPEEDY TRIAL ACT
CR 10-00642 RS                    3