DAVINA PUJARI (State Bar No. 183407)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone: (415) 228-5400
Fax: (415) 228-5450
Email: dp@bcltlaw.com

Attorney for Defendant
Daniel Johnson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER NAPOLI,<br>DANIEL JOHNSON,<br>SALVATORE LAMORTE,<br>STEVEN PAUL,<br>JEFFREY ENTEL, a/k/a "Yeury Amarante,"<br>Jerry Amarante,"<br>JOSEPH CAROZZA,<br>JEFFREY HERHOLZ,<br>DARRELL CREQUE,<br>MICHAEL ARNOLD, a/k/a "Mike Johnston,"<br>DIEGO PODOLSKY PAES, a/k/a "Juan Montes," and DINO ANTONIONI,<br><br>　　　　Defendants. | Case No. CR 10-0642 CRB<br><br>**STIPULATION AND [PROPOSED]<br>ORDER ALLOWING DEFENDANT<br>DANIEL JOHNSON TO TRAVEL TO<br>LAS VEGAS, NEVADA** |

BARG COFFIN LEWIS & TRAPP ATTORNEYS LLP

STIPULATION AND [PROPOSED] ORDER ALLOWING DEFENDANT DANIEL JOHNSON TO TRAVEL
TO LAS VEGAS, NEVADA
United States District Court Case No. CR 10-0642 CRB

882690.1

To:     United States Magistrate Judge Bernard Zimmerman

Defendant Daniel Johnson would like to travel from Pekin, Illinois to Las Vegas, Nevada to attend a business-related conference, the IRS Nationwide Tax Forum, for his current employer, NTS Services Corporation. Mr. Johnson would depart on August 15, 2011 and return on August 18, 2011.

Counsel for Mr. Johnson contacted United States Pretrial Services Officer Amarillas Gonzales regarding this matter on August 5, 2011. Ms. Gonzales was unavailable and referring her calls to the duty officer for Pretrial Services, Allen Lew. Mr. Lew contacted United States Pretrial Services Officer Jason Hunt of the Central District of Illinois to determine whether he had any information that would influence his response to this request. Officer Hunt indicated that he approved of the travel. On that basis, Mr. Lew indicated that he has no objection to the instant request to travel to Las Vegas, Nevada for the time specified herein.

Accordingly, and upon agreement of the parties, IT IS HEREBY STIPULATED THAT: Daniel Johnson may travel from Pekin, Illinois to Las Vegas, Nevada on August 15, 2011, and return on August 18, 2011. Mr. Johnson shall provide his Pretrial Services Officer with his itinerary before his departure.

DATED: August 10, 2011              BARG COFFIN LEWIS & TRAPP, LLP


                                    By:   /s/ Davina Pujari
                                          DAVINA PUJARI
                                          Attorneys For Defendant
                                          Daniel Johnson

DATED: August 10, 2011              UNITED STATES DEPARTMENT OF JUSTICE


                                    By:   _____
                                          KIRSTIN M. AULT
                                          Assistant United States Attorney

---

STIPULATION AND [PROPOSED] ORDER ALLOWING DEFENDANT DANIEL JOHNSON TO TRAVEL TO LAS VEGAS, NEVADA
United States District Court Case No. CR 10-0642 CRB

2

882690.1

1  Upon the agreement of the parties, IT IS HEREBY ORDERED THAT:

2  Defendant Daniel Johnson may travel from Pekin, Illinois to Las Vegas, Nevada on

3  August 15, 2011, and return on August 18, 2011.

5  DATED: 12 Aug 11

Honorable Bernard Zimmerman
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER ALLOWING DEFENDANT DANIEL JOHNSON TO TRAVEL TO LAS VEGAS, NEVADA
United States District Court Case No. CR 10-0642 CRB

3

882690.1