DAVINA PUJARI (State Bar No. 183407)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone: (415) 228-5400
Fax: (415) 228-5450
Email: dp@bcltlaw.com

Attorney for Defendant
Daniel Johnson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER NAPOLI,<br>DANIEL JOHNSON,<br>SALVATORE LAMORTE,<br>STEVEN PAUL,<br>JEFFREY ENTEL, a/k/a "Yeury Amarante,"<br>Jerry Amarante,"<br>JOSEPH CAROZZA,<br>JEFFREY HERHOLZ,<br>DARRELL CREQUE,<br>MICHAEL ARNOLD, a/k/a "Mike Johnston,"<br>DIEGO PODOLSKY PAES, a/k/a "Juan Montes," and DINO ANTONIONI,<br><br>　　　　　Defendants. | Case No. CR 10-0642 CRB<br><br>**JOINT STATUS STATEMENT** |

　　　　To:　　THE HONORABLE NATHANAEL COUSINS, ALL PARTIES AND THEIR
　　　　　　　ATTORNEYS OF RECORD AND THE CLERK OF THE ABOVE-
　　　　　　　ENTITLED COURT:

**JOINT STATUS STATEMENT**
United States District Court Case No. CR 10-0642 CRB

886771.1

On August 3, 2011, the parties appeared before this Court to address issues relating to discovery. The Court made certain orders relating to the scope and timing of the production of documents and information by the parties in preparation for trial. In addition, the Court requested the parties to meet and confer about whether any further detail could be provided by the government regarding the discovery previously produced to assist defense counsel in its review and analysis of that discovery.

On August 16, 2011, Davina Pujari, counsel for Daniel Johnson, on behalf of all defense counsel, and Assistant United States Attorney (AUSA) Kirsten Ault, counsel for the United States, conferred about the above-stated issue. AUSA Ault advised the defense that no further detail could be provided regarding the discovery produced without the use of government resources currently devoted to trial preparation.

Respectfully submitted,

DATED: August 17, 2011         BARG COFFIN LEWIS & TRAPP, LLP

                                By:    /s/ Davina Pujari
                                       DAVINA PUJARI
                                       Attorneys For Defendant
                                       Daniel Johnson

DATED: August 17, 2011         UNITED STATES DEPARTMENT OF JUSTICE

                                By:    /s/ Kirstin M. Ault
                                       KIRSTIN M. AULT
                                       Assistant United States Attorney

**JOINT STATUS STATEMENT**
United States District Court Case No. CR 10-0642 CRB

2

886771.1