MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 436-6940
Facsimile: (415) 436-7234
E-mail: kirstin.ault@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL JOHNSON,<br><br>Defendant. | No.<br><br>UNITED STATES' MOTION TO SEAL EXHIBIT AND [PROPOSED] ORDER |

The United States hereby moves the Court for an order sealing Exhibit 1 to the United States' Opposition to the Defendant Johnson's Motion for Release, until further order of the Court. The exhibit is a copy of a police report which contains details regarding the alleged criminal conduct of individuals not charged in this matter as well as the names of witnesses to the violent assault with which the defendant is charged in the state matter in Illinois. The United States believes that disclosure of this exhibit will reveal potentially disparaging information regarding persons who were involved in the state matter but who are not before this Court. Moreover, disclosure of the exhibit will reveal the names and statements of witnesses to the assault in Illinois, who may be subject

to unwanted public attention or pressure as a result of their involvement in assisting the officers during the assault. The United States will serve a copy of the exhibit on counsel for the defendant but requests that it be sealed in the public docket.

DATED: November 7, 2011

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
KIRSTIN M. AULT
Assistant United States Attorney

**ORDER**

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that Exhibit 1 to the United States' Opposition to Defendant Johnson's Motion for Release shall be sealed until further order of the Court, except that a copy of the exhibit may be served on counsel for the defense.

DATED: 8 Nov '11

BERNARD ZIMMERMAN
United States Magistrate Judge