IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL ARNOLD, and<br>JEFFREY HERHOLZ,<br><br>   Defendants. | No. C 10-00642 CRB<br><br>**ORDER RE PROPOSED JURY INSTRUCTIONS AND FORM OF VERDICT** |

The Court has filed Proposed Jury Instructions in this case. The parties are directed to immediately file any comments on these Proposed Jury Instructions along with their Proposed Forms of Verdict.

**IT IS SO ORDERED.**

Dated: February 24, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE