**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 10-00642 CRB |
| Plaintiff, | **ORDER RE SCHEDULING** |
| v. | |
| NAPOLI, et al., | |
| Defendants. / | |

Counsel and their clients are instructed to appear on Friday, March 2, 2012, in Courtroom 6, at 11:00 a.m. to set trial dates in these matters.

**IT IS SO ORDERED.**

Dated: February 28, 2012

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE