## [PROPOSED] ORDER

The Clerk of the Court is hereby ORDERED to release to the United States the following exhibits from the trial of *United States v. Arnold and Herholz*, CR 10-0642 CRB:

29a

29b

50-81 (inclusive)

102-107 (inclusive)

109-111 (inclusive)

14-119 (inclusive)

121-122 (inclusive)

137-138b (inclusive)

140a-143a (inclusive)

505

507-510 (inclusive)

527-533 (inclusive)

538

541a

541b

550-552 (inclusive)

The United States is directed to maintain the integrity of the exhibits and to return the exhibits to the Court following the completion of the trial in *United States v. Napoli*, et al., CR 10-0642 CRB.

IT IS SO ORDERED.

DATED: 5/15/12

HON. CHARLES R. BREYER