United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 10-00642 CRB |
| Plaintiff, | **ORDER GRANTING MOTION TO QUASH TRIAL SUBPOENA** |
| v. | |
| CHRIS NAPOLI<br>JOSEPH CAROZZA<br>DANIEL JOHNSON, | |
| Defendants. | |

The Court hereby GRANTS the Government's motion to quash the trial subpoena for the testimony of Drug Enforcement Administration Deputy Assistant Administrator Joseph Rannazzisi without prejudice to the Defendants requesting a subsequent trial subpoena at the conclusion of the Government's case-in-chief.

**IT IS SO ORDERED.**

Dated: June 22, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\642\Order Granting Motion to Quash Trial Subpoena.wpd

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

G:\CRBALL\2010\642\Order Granting Motion to Quash Trial Subpoena.wpd   2