1  Josh A. Cohen (SBN 217853)
2  Nicole Howell Neubert (SBN 246078)
   CLARENCE DYER & COHEN LLP
3  899 Ellis Street
   San Francisco, CA 94109
4  Tel: (415) 749-1800
   Fax: (415) 749-1694
5  jcohen@clarencedyer.com
   nhneubert@clarencedyer.com

6  Attorneys for Defendant
   JOSEPH CAROZZA
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 | UNITED STATES OF AMERICA,         | CASE NO. CR-10-0642 CRB
13 |        Plaintiff,                 | **STIPULATION AND [~~PROPOSED~~]**
   |                                   | **ORDER RE BRIEFING AND HEARING**
14 |    v.                             | **DATE FOR RULE 33 MOTIONS AND**
   |                                   | **FORFEITURE**
15 | CHRISTOPHER NAPOLI et al.,        |
16 |        Defendants.                |
17

18

19
        Having been convicted of controlled-substance and/or money-laundering offenses
20
following a seven-week jury trial, defendants Napoli, Johnson, and Carozza are presently set for
21
sentencing on February 22, 2013.  Consistent with the Court's directive, the parties have met and
22
conferred concerning a schedule for the briefing of forfeiture matters and new-trial motions
23
pursuant to Federal Rule of Criminal Procedure 33.
24
        Accordingly, the parties stipulate and agree that briefing shall occur on the following
25
schedule:
26

27

28

| | |
|---|---|
| Dec. 26, 2012 | Government to file preliminary order of forfeiture |
| | Defendants to file Rule 33 motions |
| Jan. 16, 2013 | Government to oppose Rule 33 motions |
| | Defendants to file objections to preliminary order of forfeiture |
| Jan. 23, 2013 | Government to reply to defendant's forfeiture objections |
| | Defendants to reply in support of Rule 33 motions |
| Jan. 30, 2013 | Hearing on Rule 33 motions and forfeiture |

IT IS SO STIPULATED.

DATED: November 20, 2012              Respectfully submitted,

                                      */s/ Josh A. Cohen*
                                      _____
                                      Josh A. Cohen
                                      Attorney for Joseph Carozza

                                      */s/ Martin A. Sabelli*
                                      _____
                                      Martin A. Sabelli
                                      Attorney for Daniel Johnson

                                      */s/ Christopher J. Cannon*
                                      _____
                                      Christopher J. Cannon
                                      Attorney for Chris Napoli

                                      */s/ Kirstin M. Ault*
                                      _____
                                      Kirstin M. Ault
                                      Assistant United States Attorney

**ORDER**

Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that the parties shall adhere to the briefing schedule set forth above. The parties shall appear for hearing on January 30, 2013 at 2:00 p.m. unless otherwise directed by the Court.

IT IS SO ORDERED.

DATED: __November 26, 2012_____          _____
                                          CHARLES R. BREYER
                                          UNITED STATES DISTRICT JUDGE