IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER NAPOLI ET AL.,<br><br>    Defendants. | No. Cr 10-00642 CRB<br><br>**ORDER RE SENTENCING LETTER BRIEFING** |

In anticipation of the sentencing hearings to be held on March 26, 2013, the Court directs the parties to address the following issues:

- Were the crimes at issue contemplated by the Sentencing Commission? If so, which Guidelines reflect that contemplation?
- Have other district courts sentenced defendants for this type of crime? If so, provide citations.

The parties shall respond to these issues by simultaneous letter briefs due by 5:00 p.m. on March 15, 2013. Simultaneous responses are due by noon, March 20, 2013. To the extent a party has already addressed these questions in its previous submissions, it need only direct the Court to the relevant portion(s) of its previous submission.

**IT IS SO ORDERED.**

Dated: March 11, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\642\order re sentencing briefs.wpd